UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

—————

No. 6:26-cv-00033

—————

**Sadrick Bevard Johnson,**
*Plaintiff,*

v.

**Gregg County Sheriff Department,**
*Defendant.*

—————

# ORDER

Plaintiff filed this action concerning an arrest and detention. Doc. 3. The case was referred to a magistrate judge, who issued a report recommending that the court dismiss the complaint without prejudice for failure to prosecute. Doc. 8 at 1. That report was mailed to plaintiff and returned as undeliverable. Doc. 9. No party has filed written objections.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's complaint is dismissed without prejudice for failure to prosecute. Any pending motions are denied as moot.

*So ordered by the court on March 26, 2026.*

_____
J. CAMPBELL BARKER
United States District Judge

- 1 -